1  Name  Nicholas BarT Ellis

2  Prison number K-16024

3  Address P.O. Box 7500

4  Crescent city, California

5  95532 % Pelican Bay state Prison

6

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  Nicholas BarT Ellis                    C 07  5126

11        PLAINTIFF
                                    CASE NO. _____

12  Sergeant A. Navarro                COMPLAINT under THE CIVIL

13  Correctional officer F. Juarez     RIGHTS ACT.

14  Correctional officer B. Gardner    TiTle 42. U.S.C § 1983

15  APPEALS coordinator C.E. Wilber    ( Demand For Jury Trial )

16        Defendants)

17

18                    INTRODUCTION

19  1.     Plaintiff, Nicholas BarT Ellis is a state Prisoner appearing in

20  Pro-se with this civil Rights complaint, pursuant to 42. U.S.C

21  Section 1983 based on the defendants. using excessive force on

22  Plaintiff causing him serious harm. bodily injuries and the

23  administrative appeals coordinator purposely obstructing Plaintiff

24  from excercising his constitutional right to file complaint.

25

26

27

28

COMPLAINT              -1-

2.                    <u>Jurisdiction</u>

        This court has jurisdiction to review the claims raised herein, pursuant to 42 U.S.C Section 1331 and 1983.

3.              <u>Exhaustion of Administrative Remedies.</u>

    A. Place of confinement <u>Pelican Bay State Prison</u>

    B. Is there a grievance procedure in this institution <u>Yes</u>

    C. Did you present your facts in your complaint for review through the grievance procedure. <u>Yes</u>

    D. If your answer is yes. list the appeal number and date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

    1. Informal level. <u>3084.5 Levels of Review and Disposition (A)(3) (G). Waived.</u>

    2. First formal level. <u>Denied. Appeals coordinator's refusal to Process appeal, on November 8 2006. February of 2007 (Supporting documents attached).</u>

    3. Second formal level. <u>Denied. Institutional heads, refusal to Process, respond to appeal Submitted November 21. 2006 resubmittal of appeal within the month(s) of January of 2007 and February of 2007. April of 2007. (Supporting documents attached)</u>

    4. Third formal level. <u>Denied chief Inmate of appeals, refusal to Process appeal forwarded by institutional staff to them on. October 27, 2006 (supporting documents Attached).</u>

    E. Is the last level to which you appealed the highest level of appeal available to you? <u>Yes</u>

COMPLAINT                    -2-

F. If you did not present your claim for review through the grievance procedure explain why. _____

_____

4.    Parties.

A. Write your name address Do the same for additional Plaintiffs, if any.

Nicholas BarT Ellis, is the Plaintiff at all times mentioned in this complaint. who was/is a state Prisoner housed at Pelican Bay State Prison, P.O. Box 7500. crescent city. California 95532. Administrative segregation E-5

B. Write the full name of each defendant, his or her official position and his or her place of employment.

A. Navarro, is a defendant. who is a sergeant at Pelican Bay state Prison. at all times mentioned in this complaint.

F. Juarez, is a defendant. who is a correctional officer at Pelican Bay State Prison at all times mentioned in this complaint.

B. Gardner is a defendant. who is a correctional officer at Pelican Bay State Prison at all times mentioned in this complaint.

C.E. WiLBER is a defendant who is a correctional Administrative appeals coordinator at all times mentioned in this complaint

At all times mentioned herein the defendants were operating under the color of law and are being sued in their individual and official capacity.

COMPLAINT          -3-

5. Statement of claim.
State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates. when possible. Do not give any legal arguement's or cite any cases or statues. If you have more than one claim, each claim should be set forth in a seperate numbered paragraph.

6.     On   August 14 2006. Plaintiff had a physical altercation. Provoked by C/o J. williams. while Plaintiff was in the Process of being escorted to the B-facility clinic at Pelican Bay State Prison. During the altercation Plaintiff was sprayed with "Oleorsin Capsicum (MK-9) achemical agent used by Prison official's to manage Prisoners during an altercation.

7.     Plaintiff was restrained by correctional staff who responded to the incident and received medical attention after being decontaminated. (cleusend) do to being sprayed with "Oleorsin Capsicum". Plaintiff was examined for possible injurie's and treated by B. Fellows (correctional Medical staff).

8.     Plaintiff was then in the Process of being escorted to the administrative segregation unit (ad-seg) by defendants, Correctional Sergeant. A. Navarro. correctional officer F. Juarez and correctional officer B. Gardner. when Plaintiff was assualted by said defendants in retaliation for the Physical altercation Plaintiff had with correctional officer. J. williams moment's earlier.

9.     While Plaintiff was hand-cuffed in mechanical restraints

COMPLAINT           -4-

and shackled with leg restraints, he was escorted by defendants, A. Navarro, F. Juarez and B. Gardner to a secluded area of the Prison, between the B-facility and administrative segregation housing units. at which time defendant F. Juarez punched Plaintiff in the face a few times. when defendant B. Gardner grabbed Plaintiff's hair while kicking Plaintiffs legs from under him, causing Plaintiff to land on his face on the concrete asphalt roadway, while defendant A. Navarro held plaintiff on the ground and punched him a few times in the back.

10.    Defendant F. Juarez then began to repeatedly slam his knee into the left side of Plaintiffs face, while grabbing the Plaintiffs hair and then proceeded slamming Plaintiffs head into the concret asphalt by pulling plaintiffs hair and repeatedly slamming his face on the asphalt. while defendant's B. Gardner and Sergeant A. Navarro punched plaintiff, while commenting "this is what happens when you mess with us.

11.    After Plaintiff was assualted by the defendants he was semi-unconcious and was later transferred to "Sutter Coast Hospital" (out side facility) for a medical evaluation and treatment, by being referred for said treatment by correctional medical staff  R. Nelson.

12.    As a result of the defendants assualt on Plaintiff, Plaintiff received the following injuries: 1) A skull fractor. lower left eye orbit ; 2) A broken nose ; 3) Swelling extremities to the left eye ball, forehead, cheek, nose, lips, ear and four (4)

areas of lacerations to the right side of the facial areas forehead, frontal and side areas, which are supported by Sutter coast Hospital medical records, X-rays and Prison institutional medical records and treatments.

13.  Plaintiff filed an administrative appeal concerning the facts set forth in this complaint, when he was able to ; due to serious head trama and lapse of memory. But defendant C.E. WiLBer has obstructed Plaintiffs from exhuasting his administrative remedies in the attempt to protect prison officials (the defendants) from being sued in the court of law, thus violating Plaintiffs first Amendment Rights to the u.s. Constitution.

14.  Plaintiff has presented his administrative appeal to all levels of review to be appropriately addressed, investigated and adjudicated. But prison officials refuse to process said appeal, thus, I have no other remedies available except by way of this civil complaint.

## I
## First Cause of Action.

Plaintiff realleges and incorporates by reference the allegations in paragraph 5 Through 12 that the defendants violated plaintiffs constitutional Rights under the EIGHTH and Fourteenth Amendment to the u.s. Constitution by using excessive force on plaintiff with any Justifiable reason that served

a legitimate penalogical interest.

## II
## Second Cause of Action

Plaintiff realleges and incorporate by reference the allegations in paragraphs 13 and 14 that defendant C.E. Wilber violated plaintiffs Constitutional Rights under the First Amendment by obstructing Plaintiffs right to file a complaint (administrative appeal) to exhuast his administrative remedies.

## III
## Prayer for Relief

Wherefore, based on the facts of this complaint plaintiff respectfully prays for this honorable court to grant plaintiff the following relief:

1. Punitive damages against the defendants in the amount of one-million dallors;
2. Compensatory damages against the defendants according to proof presented by plaintiff;
3. Special damages against the defendants;
4. Award reasonable attorney fees if plaintiff is represented by counsel;
5. Grant any other such relief that the court deems appropriate.

Compliant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff declares under the penalty of perjury that the facts herein are true and correct.

Signed __17th__ day of __September__. 2007

_____
(Plaintiff's Signature)

COMPLAINT                    —8—

State of California

Case 4:07-cv-05126-SBA    Document 1    Filed 10/05/2007    Page 9 of 27 Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: _ELLIS_____    Number: _____    Housing: _ASU C-4_

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.   The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.   The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a)  Your appeal has been screened out on _____ for _____.
    [ ] (b)  Your appeal is being reviewed at the _____ Level, Log # _____.
    [ ] (c)  Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3.   The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[X] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[ ] 8.   Abuse of the Appeal Process/Right to Appeal.
    [ ] (a)  Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b)  Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [ ] (c)  Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1)  Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [ ] (2)  Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [ ] (d)  Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1)  Your appeal was screened out and returned to you with instructions:
        [ ]        [ ]        [ ]
    [ ] (e)  Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [ ] (f)  This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.   Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.  Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: _PER AB 05-03, THIS APPEAL WOULD BE PROCESSED AS A STAFF COMPLAINT ONLY. IF YOU WANT TO APPEAL YOUR 115, FILE ON SEPARATE APPEAL. A FACT FINDER INVESTIGATION HAS ALREADY BEEN CONDUCTED ON YOUR ALLEGATIONS. TIME CONSTRAINTS EXCEEDED ON STAFF COMPLAINT APPEAL. RE-SUBMIT 115 APPEAL IF FINAL COPY OF 115_

_C. Wilber_ _____    **NOV 0 8 2006**
C. E. WILBER           Date
Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

NOV 0 6 2006        PBSP    (Rev. 11/06)    CCR 3084.3(d)    PBSP

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 4/12/07 | TO WARDEN "HORLE" | FROM (LAST NAME) TO: Ellis | CDC NUMBER K-16024 |
|---|---|---|---|

| HOUSING/ ASU C-4 | BED NUMBER C.4 | WORK ASSIGNMENT | JOB NUMBER FROM / TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM / TO

## Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Request for acknowledgement of receiving and current status of excessive use of force "602" which is over due.

Thank You!

---

Do NOT write below this line.  If more space is required, write on back.

INTERVIEWED BY C. WEUBER, AC

DISPOSITION     DATE

YOUR ALLEGATIONS OF EXCESSIVE FORCE ARE BEING ADDRESSED INDEPENDANT OF APPEALS PROCESS. THE APPEAL PORTION WAS REJECTED BASED ON TIME CONSTRAIN

STATE OF CALIFORNIA
GA 22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|-----|-----|-----|-----|
| 4/9/07 | ~~Warden Hickel~~ | TO: | Ellis | | K-16024 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---------|-----------|------------------|-----|-----|-----|
| Ad-Seg | C-4 | ASU 4L | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS | |
|------|------|------|------|------|
| | | | FROM | TO |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Request for Confirmation, and status of "Excessive and unnecessary use of force, unnecessary undue hinderance of access to courts, 602's. As normal response period is over due! Thank You.

---

INTERVIEWED BY: C. WILBER, AC                    DATE:

Do NOT write below this line. If more space is required, write on back.

DISPOSITION

① ONe MIS-USE OF FORCE COMPLAINT SCREENED OUT ON
11-8-06 DUE TO TIME CONSTRAINTS ( INQUIRY Already
DONE SEPARATE FROM APPEAL)

JAN 1 9 2007                                    January 14, 2006

Greeting's office of internal affairs

My name is, Nicholas Bart Ellis #K-16024. I am a state prisoner at Pelican Bay State Prison.

I am contacting you do to the unjustified beating of my personal being on August 14, 2006, while restrained in mechanical leg shackle's and handcuffs "behind my back". By a correctional Sergeant and two officer's.

I've maid attempt's verbally and through grievance's to correct this violation of my right's and due process of law. But have been muted by administrative staff's failure to file and process my grievance's in these matter's. To full fill the normal exhaustation requirement.

This leaves me to contact you in hope's that you'll investigate my own as well as other request of this kind in hope's of preventing the next inmate from falling victem to these unnecessary and excessive use's of force being used and administered by correctional officers and allowed to continue to occur by Supervisory official's at these facility.

Any form of assistance in bringing to light this injustice against me and other's is accepted appreciatively greatly and openly. In protecting the right's and law's of inmates and civilian's. Thank you,

continued pg 2.

pg2

A copie for documentation is requested if possible and available, for further proceedureal purpose's. Thank you, again.

Sincerly, Nicholas Bart Ellis #K-16024

Nicholas Bart Ellis #16024
N.A.S.U C-4 Ad-seg.
P.O. Box 7500
Crescent City, CA
-95532-

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE OMBUDSMAN**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



January 22, 2007

Nicholas Ellis, K16024
Pelican Bay State Prison
P. O. Box 7500 ASU C4L
Crescent City, CA  95532

Dear Mr. Ellis,

This is in response to your letter dated January 14, 2007 alleging you were assaulted on August 14, 2006 by three correctional staff at Pelican Bay State Prison.  You wrote you "attempted through the 602 and verbal method to receive and rectify some form of justice" which have proven futile.  You requested an investigation.

California Code of Regulations (CCR), Title 15, Article 8, Section 3084.1 (a) affords you the right to appeal any departmental decision, action, condition or policy that you can demonstrate as having an adverse effect upon you welfare.  CCR, Section 3084.2 explains you are to use a CDC Form 602 (rev. 12-87), Inmate/Parolee Appeal Form, to describe the problem, action requested, and forward it to the appeals coordinator.   There are four levels of appeals as indicated in CCR Section 3084.5 Levels of Appeal Review and Disposition.  Appeal time limits, which are in working days, are indicated in CCR, Section 3084.6.

I have spoken with the staff at Pelican Bay State Prison (PBSP).  You sent either a letter or an appeal directly to Internal Affairs (IA) on or about August 26, 2006.   The letter was returned to you October 27, 2006 with instructions to submit to the Appeal Coordinator.  The Appeal Coordinator received your appeal on November 6, 2006 and it was screened out due to time constraints on November 8, 2006.

On August 14, 2006, you used foul language toward staff, were less than cooperative and refused to participate in a video interview regarding the allegation.

I want to inform you that the Ombudsman does not investigate complaints.  Instead, the Ombudsman works with the Institution to ensure complaints are brought forth, investigated and concluded with an appropriate disposition.  Staff at PBSP is responsible to ensure appropriate allegations of employee misconduct are investigated at the proper level.   There was a fact finding regarding incident log PBP B05-0608 0324 for August 14, 2006.  The investigation results included that no further action is required.

Mr. Ellis, you attempted to circumvent the appropriate process, filing an appeal, by sending a letter to IA and this caused you to miss the time frame in which to file an appeal.  PBSP has conducted a through fact finding, investigation, and no further action is required at this time.

This is not meant to prohibit or discourage you form taking any other action you feel appropriate on this matter.  This letter does not extend your window to appeal the matter described in your letter.

Sincerely,

*Ralyn Conner*

RALYN CONNER
Ombudsman

cc:      file

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 27, 2006

ELLIS, CDC #K-16024
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

Re:

Dear Mr. ELLIS:

The enclosed documents are being returned to you for the following reasons:

This office provides the Director's Level Review of inmate/parolee appeals.  The
form must be completed through the Second Level of Review on behalf of the
Warden or Parole Region Administrator.  This appeal issue should be submitted
directly to the Appeals Coordinator for review and appropriate action.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can
answer any questions you may have regarding the appeals process.  Library staff
can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)



Location: Institution/Parole Region

1. PBSP

2.

Log No.

1.

2.

Category

7/5
Allegations of Excessive Force

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Nicholas Bart Ellis | K16024 | U/A | ASU C-4 |

**A. Describe Problem:** On August 14, 2006. I was involved in an altercation with staff on facility B yard, housing B-5 215". After medical clearance to be housed in ad-seg. I was escorted by officer's F. Suarez, Gardner, Sgt. A. Navarro to an isolated area between B-facility and ad-seg. I was then grabbed by the hair, back of my head by one of the officers, slammed face first into the asphalt, a which point one officer straddled my legs locking my body to the ground and began getting punched. Knees to the left side of my face and had my head slammed into the asphalt, my face right side was then smeared up-down, side to side by the hair, while staff made false statements of me resisting. I was in shackle's and handcuffed behind my back.

If you need more space, attach one additional sheet.

**B. Action Requested:** Punitive damages for pain and suffering, charges brought against these staff for assault and battery and 115's dropped. log No B06-01930

Inmate/Parolee Signature: *Nicholas Bart Ellis*                     Date Submitted: 8/28/06

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: BY-PASS

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: *Nicholas Bart Ellis*                     Date Submitted: Nov. 4, 06

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

NOV 06 2006
TO CDW
34

CDC Appeal Number:

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                           P.O. Box 942883
                                           Sacramento, CA 94283-0001
                                           Attn: Chief, Inmate Appeals

........................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

CDC 602 (12/87)                                                           Date: _____

Pg 2    602.                                                    dated 8/28/06

This was A clear act of retaliation on be half of staff. Fractioning my left eye orbit, braking my nose and the lose of a good deal of blood which photo's were never taken of. This is a clear assualt by these staff member's and an act of retalitory measures, do to my previous incident earlier that day with staff. charges of falsify documents, 115 log No B06-08-0055

Hospital record's for Sutter Coast can be obtained for proof of damages.

additional pgs  3, 115 B06-08-0055, two "2" CDC 7219 Medical Report of Injury or unusual occurrence.

One other note of record, A transport vehecial ride to ad-seg was denied to transfer me between facility's. as well as A use of force video was denied inteil A week later, Dated copy attached,

These were act's of unnecessary, excessive force for the purpose of maliciously causing harm. As I was in a defenseless state of being, handcuffed behind my back shackled and suffering the effects of sightlessness, burning and coughing fits, caused by o/c capsicum spray.

Request for copies of all document's, pgs attached for record's. THANK you!

*Before the assault pg 7.*

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| BBSP | B Clinic | (USE OF FORCE) INJURY UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 8/14/06 |

| THIS SECTION FOR INMATE ONLY | NAME  LAST  FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|
| | ELLIS , NICHOLAS | K16024 | B5-217 | |

| THIS SECTION FOR STAFF ONLY | NAME  LAST  FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME  LAST  N/A  FIRST  MIDDLE | DOB | OCCUPATION |
|---|---|---|---|
| | HOME ADDRESS  CITY  STATE  ZIP  HOME PHONE | | |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| B5 ROTUNDA | 8/14/06  0850 | B5 staff |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | | AGE | RACE | SEX |
|---|---|---|---|---|---|---|---|
| 0900 | 0910 | C.O.'s | (AMBULATORY) LITTER WHEELCHAIR ON SITE | | 27 | W | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

No Comment

| INJURIES FOUND? YES/NO | | |
|---|---|---|
| Abrasion/Scratch | | 1 |
| Active Bleeding | | 2 |
| Broken Bone | | 3 |
| Bruise/Discolored Area | | 4 |
| Burn | | 5 |
| Dislocation | | 6 |
| Dried Blood | | 7 |
| Fresh Tattoo | | 8 |
| Cut/Laceration/Slash | | 9 |
| O.C. Spray Area | | (10) |
| Pain | | 11 |
| Protrusion | | 12 |
| Puncture | | 13 |
| Reddened Area | | (14) |
| Skin Flap | | 15 |
| Swollen Area | | (16) |
| Other | | 17 |
| | | 18 |
| | | 19 |

| O.C. SPRAY EXPOSURE? | (YES) / NO |
|---|---|
| DECONTAMINATED? | (YES) / NO |
| Self-decontamination instructions given? | YES / (NO) |
| Refused decontamination? | YES / (NO) |
| Q 15 min. checks | N/A |
| Staff issued exposure packet? YES / NO | |

98% 104-156/98-16

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| 8/14/06 @ 0910 | 8/14/06 @ 0910 |

TIME/DISPOSITION
C/Far for Ad Seg
RTC

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|
| B. FELLARS RN/B. Fellars | | S₀,S |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 08/04)    DISTRIBUTION:    ORIGINAL ...

after the assault

STATE OF CALIFORNIA

MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | | DATE |
|---|---|---|---|---|---|
| PBSP | B7/217 | (USE OF FORCE) INJURY / UNUSUAL OCCURRENCE | ON THE JOB INJURY / PRE AD/SEG ADMISSION | | 8/14/06 |

| THIS SECTION FOR INMATE ONLY | NAME _Ellis_ LAST | FIRST | CDC NUMBER K10024 | HOUSING LOC. 85-217 | NEW HOUSING LOC. unknown |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST    MIDDLE | DOB | OCCUPATION | |
| | HOME ADDRESS | CITY    STATE | ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE Approx 0940 8/14/06 | NAME OF WITNESS(ES) unknown | | | |
|---|---|---|---|---|---|

| TIME NOTIFIED Approx 0940 | TIME SEEN Approx 0945 | ESCORTED BY Custody | MODE OF ARRIVAL (circle) LITTER   WHEELCHAIR   (AMBULATORY)   ON SITE | AGE 27 | RACE I | SEX M |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

When asked if he wanted to make a statement per Ellis "and At he nurse aid I try to head-butt anyone...

| INJURIES FOUND? | YES/NO |
|---|---|
| Abrasion/Scratch | (1) |
| Active Bleeding | (2) |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | (14) |
| Skin Flap | 15 |
| Swollen Area | (16) |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

(handwritten annotations on body diagrams): of falsified statement, I never stated I stated %o's had my arms pushed up, causing my shoulder muscles to hurt and the pepper spray

#14   #14   superficial   superficial

| RN NOTIFIED/TIME CTC RN Smy Kiss Approx 0945 | PHYSICIAN NOTIFIED/TIME NA |
|---|---|
| TIME/DISPOSITION Approx 0945 arrived at CTC for further treatment | |

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) M.T.A.Nelson   M.T.A.Nelson | BADGE # 64163 | RDOs T/W |
|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 08/04)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coordinator

Declaration of Nicholas Bart Ellis
in Support of
Civil Rights Complaint.

I Nicholas Bart Ellis being duly sworn deposes and says:

1. I am the plaintiff in the attached civil Rights complaint being filed against officials "SGT. A. Navarro, C/o F. Juarez and C/o B. Gardner, at Pelican Bay State Prison. for excessive use of force.

2. On August 14. 2006. I was physically assaulted by three Prison guards which required for me to be treated by an outside physician at Sutter Coast Hospital in crescent. city California.

3. I later filed a CDC 602 Inmate/Parolee Appeal form CDC 602 concerning the excessive use of force (Assault and Battery) used against me (see attached CDC 602 form)(As Exhibit A). The appeals coordinator C.E. Wilber who is also a defendant in the attached civil complaint. refused to process my appeal at the First level of review. Division Head or Warden/Superintendent second level of review required, for allegations of peace officer misconduct, by them personally. was refused processing as well. The appeal was sent directly to third level of review, chief inmate appeals. by way of self addressed envelope, attached to appeal. should it be denied at Second level, sent to C.E. Wilber for processing From the Prison infirmary. on August 28. 2006.

4. On November 2. 2006. I received a response from the

"Declaration of Plaintiff"
-1-
1 of 4

Cheif Inmate appeals, N. Grannis. That my 602 was forwarded to him, and I must first have it reviewed, by the warden/Parloe administrator at the Second level. To Submit my appeal to appeals coordinator C.E. Wilber for review and appropriate action.

5. On November 4, 2006. I resubmitted the 602 appeal to C.E. Wilber. with the Cheif Inmate Appeals letter statement. C.E. Wilber, who is a defendant in the attached civil complaint refused to process my appeal in the attempt to obstruct me from exhuasting my administrative remedies, by claiming that the time constraints bar me from having my appeal appropriately addressed. an failure to explain his receiving the appeal within (15) days of the incident.

6. Since the third level of review. highest level in the completeing exhuastion of administrative remedies. has denied responding to the appeal 602, untell Second level of review by institutional head/Parole administrator. who I've afforded numberous opportunity's. (See attached 602, request for interviews) to Properly. grant's or denies the appeal. 602. I've been instead met with unprofessionalism and further infringement of my rights to appeal, by C.E. Wilber's attempt to Stone wall my institutional complaints. which extend to my acessability of my federal complaints, of my right's being violated. In attempt's to protect co-worker's and institution internal investigation and liability; law suits.

'Declaration of Plaintiff

7.    I filed an informal complaint with the office of the ombudsman "Seeking Administrative Relief. (see my informal complaint dated January 14, 2006 as Exhibit-B). The office of the ombudsman responded on January 22, 2006 to my Complaint which is attached to Exhibit-B.

8.    I have attempted through all available means possible to exhaust my administrative remedies within the California Department of Corrections and Rehabilitation. and it is not through fault of my own that prison officials refuse to appropriately address my administrative appeal. Thus their response to not address my claim constitutes as an exhaustion.

9.    I have no other remedy left available except to submitt my attached Civil Rights complaint. which the Appeals Coordinator C.E. Wilber is listed as a defendant for violating my First Amendment Rights to the United States Constitution. by infringing upon my right to appeal.

10.    It is my belief that the Appeals Coordinator. C.E. Wilber at Pelican Bay has a Practicing Policy of infringing upon inmates Constitutional Rights to file and exhuast administrative Appeals against correctional officials which hold merit.

"Declaration of Plaintiff"

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of September, 2007

*Nicholas Bart Ellis*
(signature)
Declarant,
        Nicholas Bart Ellis

Declaration of plaintiff        -4-
                        4 of 4

## Proof of Service

1
2
3       I am a resident in the county of Del Norte
4   California. I am over the age of 18 years old and a party to
5   the within cause of action. My address is P.O. Box 7500
6   Crescent city, California. 95532. C/o Pelican Bay state Prison.
7
8       On September, 17, 2007. I served the within:
9   Complaint by a Prisoner under the Civil Rights Act,
10  42 U.S.C §§ 1983
11
12      by placing the original and two (2) copies in
13  a sealed envelope addressed as follows:
14          Clerk U.S. District Court
15          450 Golden Gate Avenue
16          P.O. Box 36060
17          San Francisco, California 94102
18
19      I declare under penalty of perjury that the
20  following. foregoing is true and correct. Executed at
21  Crescent city, California. On September 17, 2007
22
23  <u>Nicholas Bart Ellis</u>              <u>Nicholas Bart Ellis</u>
24        ( Printed Name )                    ( Signature )
25
26
27
28

Proof of Service
Compliant                          -1-

## Proof of Service

I am a resident in the county of Del Norte California. I am over the age of 18 years old and a party to the within cause of action. My address is P.O. Box 7500 Crescent City, California. 95532. C/o Pelican Bay State Prison.

On September, 17, 2007. I served the within: complaint by a Prisoner under the Civil Rights Act, 42. U.S.C §§ 1983

by placing the original and two (2) copies in a sealed envelope addressed as follows:

Clerk. U.S. District Court
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, California 94102

I declare under penalty of perjury that the following. foregoing is true and correct. Executed at Crescent City, California. On September, 17, 2007

Nicholas Bart Ellis
( Printed Name )

Nicholas Bart Ellis
( Signature )

Proof of Service
Compliant

-1-

NAME: Nicholas Burt Ellis

CDC NO: K14024    HOUSING: AD Seg E-5

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

**RECEIVED**

OCT - 3 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

P.o.s.

CLERK U.S. District Court

450 Golden Gate Avenue

P.O. Box 36060

San Francisco, California 94102 -

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
$ 04.900
00-0421 7666    SEP 28 2007
MAILED FROM ZIPCODE 95531