Case Number: _____

**FILED**
OCT - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

C 07 .5126  (PR) SBA

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

_____ [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____
                                    [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nicholas Bart Ellis

Plaintiff,

vs.

Sergeant. A. Navarro et. Al;

Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Nicholas Bart Ellis__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __N/A  Never Employeed._____
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.   Business, Profession or      Yes ___ No ✓
9          self employment
10     b.   Income from stocks, bonds,      Yes ___ No ✓
11         or royalties?
12     c.   Rent payments?      Yes ___ No ✓
13     d.   Pensions, annuities, or      Yes ___ No ✓
14         life insurance payments?
15     e.   Federal or State welfare payments,      Yes ___ No ✓
16         Social Security or other govern-
17         ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?      Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ __N/A__
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____

5. Do you own or are you buying a home?        Yes ___  No ✓
Estimated Market Value: $_____ Amount of Mortgage: $_____
6. Do you own an automobile?                   Yes ___  No ✓
Make   N/A          Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____
7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: ___N/A_____
_____
Present balance(s): $ _____
Do you own any cash? Yes ___ No ___ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___
_____
8. What are your monthly expenses?
Rent: $ ___N/A_____ Utilities: ___N/A_____
Food: $ ___N/A_____ Clothing: ___N/A_____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____         - 3 -

___N/A___

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9/17/2007
DATE

*Nicholas Bart Ellis*
SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 4 -