1. Nicholas Bart Ellis
2. K-16024
3. P.O. Box 7500
4. Crescent City, California
5. 95532  % Pelican Bay State Prison.


FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nicholas Bart Ellis
(Plaintiff)
vs.

SGT. A. Navarro  Et Al
(Defendant(s))

Case No. C-07-05126 SBA (PR)

Plaintiff's request for extension of time: Payment of initial filing fee.

1. Jurisdiction. This court has jurisdiction over this complaint because it arises under the laws of the united states.

2. Venue. Venue is appropriate in this court because both of the Parties reside in this district, and the act's and omissions giving rise to this lawsuit occurred in this district.

3. In the matter of initial filing fee, Pursuant 28. U.S.C § 1915, granting of Informa Pauperis status in re. P:\Pro-se\SBA\CR.07\Ellis 5126.Grant IFP. from. Plaintiff's continued and current indigent status, leave's Plaintiff without, requested initial partial filing fee, in the sum of $3.25, due within Thirty days (30).

4. The Court's previous ruling in the collection of 20% percent, monthly of all deposit's to plaintiff's trust account held by Pelican Bay State Prison, would would be uneffected.

5. All current or futurely scheduled hearings or proceeding's, would be left uneffected.

6. No other request for time extensions have been made in pending suit.

P:\PRO-SE\SBA\CR.07\Ellis 5126. Request for extension of payment, of initial partial filing fee.

7. The courts failure to grant extension of time, in payment of the initial partial filing fee, would allow cause for prodjudice dismissal of suit, do to plaintiff's indigence.

I declare under penalty of perjury that the foregoing is true and correct. Executed at:

Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

On May 12, 2008

__Nicholas BarT Ellis__
(Plaintiff's, Printed name.)

__Nicholas Bart Ellis__
(Plaintiff's, Signature)

pg 2 of 2
P:\ PRO-SE\ SBA\ CR.07\ Ellis 5126. Request for extension of payment of initial partial filing fee.

## PROOF OF SERVICE

I am a resident of the County of DEL NORTE, California. I am over the age of 18 year's old and a party to the within cause of action.

My address is: P.O. Box 7500, Crescent City, California 95532, C/o Pelican Bay State Prison

On May 18, 2008 I served the within:

Plaintiff's request for motion of extension of time, payment of initial partial filing fee.

by placing the original and two copies in a sealed envelope addressed as follows:

> Richard W. Wieking, Clerk.
> Office of the Clerk, U.S. District Court
> Northern District of California
> 1301 Clay St., Suite 400 S
> Oakland, California 94612-5212

I declare under penalty that the foregoing is true and correct. Executed at:
Pelican Bay State Prison
P.O. Box 7500
Crescent City, California 95532
On May, 18, 2008.

_Nicholas Bart Ellis_
(Printed name)
Plaintiff

_Nicholas Bart Ellis_
(Signature)
Plaintiff

pg. 1 of 1
P:\PRO-SE\SBA\CR.07\Ellis 5126. Request for extension of payment of initial partial filing fee.
: Original Copy



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

Nicholas Bart Ellis K16224
SHU/cell C-L 113²
P.O. Box 7500
Crescent City, CA - 95532-
℅ Pelican Bay State Prison

Office of the Clerk
U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-6

: Legal Mail, Confidential