Nicholas BurT Ellis
K-16024
P.O. Box 7500
Crescent City, California
95532 c/o Pelican Bay state Prison.

FILED
MAY 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES District Court
NORTHERN DISTRICT OF CALIFORNIA

Nicholas BurT Ellis
(Plaintiff)
vs.

SGT. A. Navarro Et AL
(Defendant(s))

Case No. C-07-05126 SBA (PR)

Plaintiff's request for extension of time: Payment of initial filing fee.

1. Jurisdiction. This Court has jurisdiction over this complaint because it arises under the laws of the united states.

2. Venue. Venue is appropriate in this court because both of the Partie's reside in this district, and the act's and omissions giving rise to this lawsuit occurred in this district.

3. In the matter of initial filing fee, Pursuant 28. U.S.C § 1915, granting of Informa Pauperis status in re. P:\Pro-se\SBA\CR.07\Ellis 5126. Grant IFP. frm. Plaintiff's Continued and Current indigent status, leave's Plaintiff without, requested initial Partial filing fee, in the sum of $3.25, due within Thirty days (30).

4. The Court's Previous ruling in the Collection of 20% Percent, monthly of all deposit's to plaintiff's trust account held by Pelican Bay state Prison, would would be uneffected

5. All current or futurely scheduled hearing's or proceeding's, would be left uneffected.

6. No other request for time extentsion's have been made in pending suit.

P:\PRO-SE\SBA\CR.07\Ellis 5126. Request for extentsion of payment, of initial partial filing fee.

7. The courts failure to grant extension of time, in payment of the initial partial filing fee, would allow cause for predjudice dismissal of suit, do to plaintiff's indigence.

I declare under penalty of perjury that the foregoing is true and correct. Executed at:

Pelican Bay state Prison
P.O. Box 7500
Crescent city, CA 95532

On May 18, 2008

Nicholas Bart Ellis
(Plaintiff's, Printed name.)

Nicholas Bart Ellis
(Plaintiffs, Signature)

pg 2 of 2
P:\ PRO-SE \ SBA \ CR.07 \ Ellis 5126. Request for extentsion of payment of initial partial filing fee.

# PROOF OF SERVICE

I am a resident of the County of DEL NORTE, California I am over the age of eighteen (18) year's old and a party to the within cause of action

My address is: P.O. Box 7500, Crescent city, California 95532. c/o Pelican Bay state Prison.

On May, 18, 2008 I served the within: Plaintiff's request for motion of extention of time, Payment of initial partial filing fee.

by placing the original in a sealed enevelope address as follow's, with three copies:

Richard W Wiekina, clerk.
office of the clerk, u.s. District court
Northern District of California
1301 clay st. suite 400 S
OAKland, california, 94612-5212

Included in this Proof of service, is my serving of the above stated motion to:

ATTORNEY General, of
The NORTHERN DISTRICT of California
united states District court,

by placing a copy and this original Proof of service within a sealed enevelope addressed as follows:

1301 clay st. suite 400s
OAKland. california. 94612-5212

I declare under penalty of law that the foregoing is true and correct. executed at:

Pelican Bay state Prison
P.O. Box 7500
Crescent city, California, 95532

On May, 18, 2008

Nicholas Bart Ellis
(Printed name)
Plaintiff

Nicholas Bart Ellis
(Signature)
Plaintiff

pg 2 of 2

P:\ Pro-SE\SBA\CR.07\Ellis 5126 "Proof of service" Request for extension of payment of initial partial filing fee

# PROOF OF SERVICE

I am a resident of the County of DEL NORTE, California. I'am over the age of 18 year's old and aparty to the within cause of action.

My address is: P.O. Box 7500, Crescent city, California 95532. c/o Pelican Bay state Prison

On May 18, 2008 I served the within:

Plaintiff's request for motion of extension of time, payment of initial partial filing fee.

by placing the original and two copie's. in a sealed envelope addressed as follows:

Richard W. Wieking, Clerk.
Office of the clerk, U.S. District court
NORTHERN District OF CALIFORNIA
1301 CLAY ST., Suite 400S
OAKland, CAlifornia 94612-5212

I declare under penalty that the foregoing is true and correct: Executed at:
Pelican Bay state Prison
P.O. Box 7500
Crescent city. California 95532
On: May, 18. 2008.

Nicholas Bart Ellis
(Printed name)
Plaintiff

Nicholas Bart Ellis
(signature)
Plaintiff



Nicholas Bart Ellis K-16024
SHU/Cell C-6 113L
P.O. Box 7500
Crescent City, CA. 95532-
C/o Pelican Bay state Prison.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

ATTORNEY General, of
The NORTHERN DISTRICT OF CALIFORNIA
United states District Court,
1301 clay st. suite 400s
OAKland California. 94612-5212

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-6