IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED JUL 28 7:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nicholas Bart Ellis
(Plaintiff)

V.

Sergeant A. Navarro et al...
(Defendant's)

CASE NO. C 07-05126 SBA (PR)

Request For Three Summons

1. A request for three Summons. In re. Case NO C 07-05126 SBA Ellis Pro-se.

2. This request is made as a current and continued indigent inmate confined in the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITION.

3. This request is made in expediting the Court's involvement and assist in Service and Process by the UNITED STATES MARSHAL.

4. I declare under penalty of perjury, that the foregoing is true and correct. Executed at: P.O. Box 7500, Crescent City, California 95532. C/o Pelican Bay State Prison. Security housing unit Cell 113, Lower, Cell block C-6.

Dated July 20, 2008

Nicholas Bart Ellis
(Plaintiff's Printed Name)

Nicholas Bart Ellis
(Plaintiff's Signature)

P: PRO-SE\SBA\CR.07\Ellis 5126
Request For Three Summons

1 of 1

NAME: Nicholas BART Ellis

CDC NO: K16024   HOUSING: sky/cell C-6 #13

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

**CONFIDENTIAL LEGAL MAIL**

**LEGAL MAIL**

DDePew CTA
7-24-08