IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 PM 1:03
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Proof of Service

Nicholas Bart Ellis.
(Plaintiff)

Case No. C 07-05126 SBA (PR)

v.

Certificate: Proof of Service.

Sergeant A. Navarro et al...
(Defendants)

1. I am a resident of the County of DEL NORTE CALIFORNIA. I am over the age of eighteen years old and a party to the within cause of action.

2. My address is: P.O. Box 7500, Crescent City, California. 95532. C/o Pelican Bay State Prison. SHU/Cell C-6 113L.

3. On July 20, 2008, I served the within: Plaintiff's Request For three Summons: by placing the original and two copies in a sealed self addressed envelope as follows:

   OFFICE OF THE CLERK. U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA.
   1301 CLAY STREET. 400 S. TOWER
   OAKLAND CALIFORNIA. 94612-5212

4. I declare under Penalty of Perjury that the foregoing is true and correct. Executed at: P.O. Box 7500, Crescent City, California 95532. C/o Pelican Bay State Prison. Security housing unit. Cell 113. Lower. Cell block C-6. Dated July 20, 2008,

Nicholas BART Ellis
(Plaintiff's Printed Name)

Nicholas Bart Ellis
(Plaintiff's signature)

P: PRO-SE\SBA\CR-07\Ellis 5126        1 of 1
Request For Three Summons: Proof of Service