IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED JUL 28 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nicholas Bart Ellis          Case No. C 07-05126 SBA (PR)
(Plaintiff)

v.                           Request For Process of service of

Sergeant A. Navarro, et al., Complaint and Summons, on
(Defendant(s))

                             Defendant's. U.S. MARSHAL.
_____/    Service requested.

1. Plaintiff herein request for service of summons and compliant by United States Marshal, is made in the matter of case No. C 07-05126 SBA (PR). upon order of service by the court.

2. Last known address of employeement for all defendant's listed herein, is as follows:
   P.O. Box 7500
   Crescent city, California, 95532.
   c/o Pelican Bay State Prison.

3. I declare under penalty of perjury, that the foregoing is true and correct. Executed at: P.O. Box 7500, Crescent city, California, 95532. c/o Pelican Bay state Prison. Security housing unit, Cell block C-6 Cell 113 Lower.

Dated July 20, 2008

Nicholas Bart Ellis                    Nicholas Bart Ellis
(Plaintiff(s) Printed Name)            (Plaintiff(s) Signature)

NAME: Nicholas Bret Ellis
CDC NO: K-16024   HOUSING: SHU/Cell C-6 113 C

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5800 Lake Earl Dr
Crescent City CA 95532

$01.17

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

**CONFIDENTIAL LEGAL MAIL**

LEGAL MAIL

DePew UA
7-24-08