IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
03 JUL 28 PM 1:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Proof of Service

Nicholas Bart Ellis
(Plaintiff)

V.

Sergeant A. Navarro et al..
(Defendant(s))

Case No. C 07-05126 SBA (pr)

Certificate: Proof of Service

1.    I am a resident of the county of DEL NORTE CALIFORNIA. I am over the age of eighteen years old and a party to the within cause of action.

2.    My address is: P.O. Box 7500. Crescent City. California. 95532 C/o Pelican Bay State Prison. SHU/Cell C-6 113L

3.    On July 20, 2008. I served the within: Plaintiff(s) Request for Process of service of compliant and summon's on Defendant(s). U.S. Marshal service requested, by placing the original and two copies in a sealed self addressed enevolope as follows:

OFFICE OF THE CLERK U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1301 CLAY STREET 400 S. TOWER

OAKLAND CALIFORNIA 94612-5212

4.    I declare under penalty of perjury that the foregoing is true and correct. Executed at: P.O. Box 7500. Crescent City. CALIFORNIA. 95532. C/o Pelican Bay State Prison. Security housing unit. Cell 113 Lower. Cell block C-6

Dated July 20. 2008

Nicholas Bart Ellis
(Plaintiff(s) Printed Name)

Nicholas Bart Ellis
(Plaintiff(s) Signature)

P: PRO-SE\SBA\CR.07\Ellis 5126
Request For Process and service of compliant
and summons: Proof of Service

1 of 1