IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PROOF OF SERVICE

Nicholas Bart Ellis

v.

Sergeant A. Navarro et. al...

Case No. C 07-05126 SBA (PR)
Certificate: PROOF OF SERVICE

1. I am a resident of the County of Del Norte California. I am over the age of eighteen years old and a party to the within cause of action.

2. My address is: P.O. Box 7500, Crescent City, California 95532. C/o Pelican Bay State Prison. SHU/Cell C-6 113L.

3. On July 28, 2008, I served the within: Summons in a Civil Action by placing the original and two copies in a sealed self addressed envelope as follows:

    OFFICE OF THE CLERK. U.S. DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

    1301 CLAY STREET 400 S. TOWER

    OAKLAND CALIFORNIA 94612-5212

4. I declare under penalty of perjury that the foregoing is true and correct. Executed at: P.O. Box 7500, Crescent City, CALIFORNIA 95532. C/o Pelican Bay State Prison. Security Housing Unit. Cell 113 Lower. Cell block C-6.

Dated: July 28, 2008

_____Nicholas Bart Ellis_____
(Plaintiff(s) Printed Name)

_____Nicholas Bart Ellis_____
(Plaintiff(s) Signature)

P: PRO-SE \SBA\ CR.07 \ Ellis 5216
Proof of Service: Summons in a civil Action     1 of 1

NAME Nicholas Bart Ellis
CDC NO. K-16024  HOUSING C-6 113L
PELICAN BAY STATE PRISON
PO BOX 7500
CRESCENT CITY, CA. 95532



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$ 01.17⁰
AUG 11 2008
ZIP CODE 95531

US NORTHERN DIST COURT OF CA
1301 CLAY ST SUITE 400
SOUTH OAKLAND CA 94612-5212

**CONFIDENTIAL LEGAL MAIL**

D DePew CTA    8-7-08