NAME (Wilson) Nicholas Brett Ellis
CDC NO. K-11024    HOUSING C6-113
PELICAN BAY STATE PRISON
PO BOX 7500
CRESCENT CITY, CA. 95532



**CONFIDENTIAL LEGAL MAIL**

US NORTHERN DIST COURT OF CA
1301 CLAY ST SUITE 400
SOUTH OAKLAND CA 94612-5212



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

Keevil, LTG  8-28-08