1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    NICHOLAS BART ELLIS,                              No. C 07-05126 SBA (PR)

4              Plaintiff,                              **ORDER GRANTING PLAINTIFF
                                                       EXTENSION OF TIME TO PAY INITIAL
5        v.                                            PARTIAL FILING FEE**

6    SERGEANT A. NAVARRO, et al.,

7              Defendants.
                                                    /
8    _____

9          Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.

10   Plaintiff filed a completed in forma pauperis (IFP) application.

11         Leave to proceed IFP was granted, and Plaintiff was ordered to pay an initial partial filing fee

12   of $3.25.  See 28 U.S.C. § 1915(b)(1).

13         Plaintiff has filed a request for an extension of time to pay the initial partial filing fee.

14   Having read and considered Plaintiff's request, and good cause appearing,

15         IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.

16   The time in which Plaintiff may pay the initial partial filing fee will be extended up to and including

17   **thirty (30) days** from the date of this Order.

18         **Failure to pay the initial partial filing fee as ordered herein by the thirty-day deadline**

19   **shall result in the dismissal of this action without prejudice.**

20         If Plaintiff contends he cannot pay the fee within that time, he may again request extension

21   of time to pay the initial partial filing fee.  However, such a request must be accompanied by

22   evidentiary support that he cannot afford pay it, in the form of a copy of his inmate account

23   statement.

24         This Order terminates Docket no. 6.

25         IT IS SO ORDERED.

26

27   DATED: 8/29/08                          _____
                                             SAUNDRA BROWN ARMSTRONG
28                                           United States District Judge

P:\PRO-SE\SBA\CR.07\Ellis5126.EOT-PartialFee.wpd

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   NICHOLAS BART ELLIS,                          Case Number: CV07-05126 SBA

7            Plaintiff,                           **CERTIFICATE OF SERVICE**

8      v.

9   SERGEANT A. NAVARRO et al,

10           Defendant.
                                            /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13

    That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Nicholas Bart Ellis K-16024
18  Pelcian Bay State Prison
    P.O. Box 7500
19  Crescent City,  CA 95532

20  Dated: September 3, 2008
                                            Richard W. Wieking, Clerk
21                                          By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.07\Ellis5126.EOT-PartialFee.wpd          2

**United States District Court**
For the Northern District of California