Nicholas Bart Ellis
K-16024
P.o Box 7500
Crescent City, California
95532 % Pelican Bay State Prison



FILED
SEP - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF CALIFORNIA

Nicholas Bart Ellis
(Plaintiff)

VS

SGT. A. Navarro Et. Al...
(Defendant(s))

Case No. C-07-05126 S.B.A (PR)
Plaintiff's request for "Process of and Service of Summons" Remain under Submission.

1. Jurisdiction. This Court has Jurisdiction over the subject Matter in the Motion, because it arises under the laws of the United States.

2. Venue. Venue is appropriate in the Court, because all of the Parties reside in this district, and the acts and omissions giving rise to this law suit occurred in this district.

3. Pursuant to Civil Local Rule 7-13, when any motion or matter has been before the Court, under Submission for more than 120 days, a party may file, pursuant to Civil. L.R. 5-1, a motion, "notice that the matter remain under Submission."

4. Pursuant to Civil L.R. 6-1 (b) and 6-2 (A) and 6-3. The Plaintiff Requests the Matter of Process of Service of Summons, Remain under Submission. By way of this Motion.

5. The Plaintiff herein Request the Matter's of Process and Service of Summons. Remains under Submission. In allowing Process and Service of Summons by the United States Marshal.

6. Plaintiff has Submitted the appropriate Summons. filed August 18 2008. and Request for Process and Service of Compliant and Summon's filed July 28, 2008.

7. Plaintiff has been Granted IN FORMA PAUPERIS STATUS. Dated May 6 2008.

8. Plaintiff's request is within the authority of the Court. Per Civil. L.R. 7-13. Civil L.R. 6-1, 6-2 and 6-3. Civil L.R. 5-1.

9. Previous time Modification: Plaintiff Request for extension of time, Payment of Initial Partial filing fee. Filed May 28, 2008.

10. All current or futurely Scheduled hearings or proceeding's would be extended by the amount of time, needed to execute Process and Service of Summon's.

11. The Court's failure to grant this request, would allow Prejudice dismissal of the claim's when no violation of federal or Local Rule's have be violated.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at:
Pelican Bay State Prison
P.O. Box 7500
Crescent City, California - 45532-

Dated August 20, 2008

_Nicholas Bart Ellis_
(Plaintiff(s) Printed name)

_Nicholas Bart Ellis_
(Plaintiff(s) Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## Proof of Service

1. I am a resident of the county of DEL NORTE, CALIFORNIA. I am over eighteen years of age and a party to the within cause of action.

2. My address is: P.O. Box 7500, Crescent City California, 95532 C/o Pelican Bay State Prison.

3. On August 20, 2008, I served the within:

Plaintiff's Request for Process and Service and Service of Summons "Remain under Submission"

By placing a copy in a sealed addressed envelope as follows:

ATTORNEY GENERAL, EDMOND BROWN JR.
California Department of Justice, Attn. Public Inquiry Unit
P.O. Box 944255
Sacramento, California 94244-2550

4. I declare under penalty of Perjury that the foregoing is true and correct. Executed at: Pelican Bay State Prison, P.O. Box 7500, Crescent City California, 95532.

_Nicholas Bart Ellis_           _Nicholas Bart Ellis_
(Plaintiff's Printed name)      (Plaintiff's signature)


P:\PRO-SE\ S.B.A\ CR.07\ Ellis 5126
Plaintiff's Request for "Process and Service and
Service of Summons" Remain's under submission
"Proof of Service"

NAME Nicholas Bart Ellis
CDC NO. K-16024  HOUSING L-6-113
PELICAN BAY STATE PRISON
PO BOX 7500
CRESCENT CITY, CA. 95532





**CONFIDENTIAL LEGAL MAIL**

US NORTHERN DIST COURT OF CA
1301 CLAY ST SUITE 400
SOUTH OAKLAND CA 94612-5212