J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:  (510) 287-4160
Fax:  (510) 287-4161

Attorneys for Defendants
SERGEANT A. NAVARRO;
CORRECTIONAL OFFICER F. JUAREZ;
CORRECTIONAL OFFICER B. GARDNER; AND
APPEALS COORDINATOR C. E. WILBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BART ELLIS,<br><br>      Plaintiff,<br><br> v.<br><br>SERGEANT A. NAVARRO;<br>CORRECTIONAL OFFICER F. JUAREZ;<br>CORRECTIONAL OFFICER B. GARDNER;<br>APPEALS COORDINATOR C. E. WILBER,<br><br>      Defendants. | Case No.: 4:07-cv-05126-SBA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTION**<br><br>Action Filed:  October 5, 2007 |

The Motion to Extend the Deadline to File Dispositive Motion by DEFENDANTS ANTHONY NAVARRO, FREDERICK JUAREZ, BRIAN GARDNER, and CHRISTOPHER WILBER and all related pleadings were submitted to this Court.  The Court, having read and considered the motion and related papers in this matter, and all other matters presented to the Court, and good cause appearing therefore, hereby GRANTS the motion and makes the following an Order of this Court:

IT IS ORDERED that Defendants shall file a motion for summary judgment or other dispositive motion no later than **sixty (60) days** after the date this Order is entered by the Court.  The motion shall be supported by adequate factual documentation and, if applicable, shall conform in all respects to Federal Rule of Civil Procedure 56.  If Defendants are of the opinion that this case cannot be resolved by dispositive motion, they shall so inform the Court prior to the date the motion is due.  All papers filed

1

{00064248.DOC/}DOC 0802                                                                                                     *Ellis v.Navarro, et al.*
[PROPOSED] ORDER RE MOTION TO EXTEND DEADLINE TO FILE MOTION                            4:07-cv-05126-SBA (PR)

1  with the Court shall be promptly served on Plaintiff.

2      IT IS FURTHER ORDERED that Plaintiff's opposition to the dispositive motion shall be filed

3  with the Court and served on Defendants no later than **thirty (30) days** after the date on which

4  Defendants' motion is filed.

5      IT IS FURTHER ORDERED that Defendants' reply brief shall be filed no later than **fifteen (15)**

6  **days** after the date Plaintiff's opposition is filed.

7      IT IS FURTHER ORDERED that the motion shall be deemed submitted as of the date the reply

8  brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

9      IT IS SO ORDERED.

11  DATED:  1/20/10

                                                                *(signature)*
                                                                 SAUNDRA BROWN ARMSTRONG
                                                                 United States District Judge

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

```
1   UNITED STATES DISTRICT COURT
2   FOR THE
    NORTHERN DISTRICT OF CALIFORNIA
3
4   NICHOLAS BART ELLIS,
5           Plaintiff,
6     v.
7   SERGEANT A. NAVARRO et al,
8           Defendant.
                                              /
9
10                                  Case Number: CV07-05126 SBA
11                                  **CERTIFICATE OF SERVICE**
12
13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
14  That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
```

Nicholas Bart Ellis K-16024
Pelcian Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: January 21, 2010

Richard W. Wieking, Clerk
By:
LISA R CLARK, Deputy Clerk

3