| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | THOMAS V. LORAN III (SBN 95255) |
| 2 | MARC H. AXELBAUM (SBN 209855) |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | thomas.loran@pillsburylaw.com |
|   | marc.axelbaum@pillsburylaw.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | NICHOLAS BART ELLIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS BART ELLIS, | No. C 07-5126 SBA (pr) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING DATES IN ORDER FOR PRETRIAL PREPARATION** |
| vs. | |
| A. NAVARRO, et al., | Courtroom:  1 |
| Defendants. | Judge:   Hon. Saundra Brown Armstrong |

703191587v1

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

1 Plaintiff Nicholas Bart Ellis and Defendants A. Navarro, F. Juarez and B. Gardner
2 (collectively, the "Parties")[1] hereby stipulate as follows:

3 **STIPULATION**

4 WHEREAS the Parties have met and conferred regarding the schedule set in the
5 Court's Order for Pretrial Preparation ("Order," Dkt. 49);

6 WHEREAS the parties are currently engaged in discovery;

7 WHEREAS litigation of this action requires extensive planning and preparation that
8 a typical case does not entail, to wit:

9 - Plaintiff is incarcerated in the Security Housing Unit of Pelican Bay State
10 Prison ("Pelican Bay"), known as the state prison with the highest-level of
11 security in California;

12 - Because of Pelican Bay's security restrictions and policies and practices
13 concerning attorney-client telephone calls (see Dkts. 42-47), it is difficult for
14 Plaintiff's counsel, who were appointed by the Court to represent him, to
15 consult with Plaintiff regularly or for any significant length of time
16 (although the Parties' counsel and Pelican Bay are working through these
17 issues);

18 - Pelican Bay is located in Crescent City, California, 363 miles north of the
19 San Francisco Bay Area, where the Parties' counsel live and work;

20 - Most of the witnesses in the case work and live near Pelican Bay;

21 - Because of its remote location and security restrictions at the prison, travel
22 to or from Pelican Bay takes approximately a full business day, and because
23 of coastal weather conditions, flights are often cancelled or delayed;

24 - Document discovery requires the cooperation and assistance of the staff of
25 Pelican Bay and the California Department of Corrections and

26
27 [1] On June 18, 2010, the Parties entered into a Stipulation and [Proposed] Order voluntarily dismissing Defendant C.E. Wilber pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. 34.
28

Rehabilitation, both of which are significantly under-staffed as a result of state budget constraints;

WHEREAS there are numerous fact witnesses who will need to be deposed in the case, including the Parties themselves, other witnesses to the incidents at issue, possibly medical personnel who treated Plaintiff, Pelican Bay and CDC officials who processed Plaintiff's administrative appeal (relevant to the exhaustion issues in the case), as well as expert witnesses;

WHEREAS Plaintiff's counsel need to travel to Pelican Bay on a separate trip in advance of fact depositions in order to inspect and videotape various locations at Pelican Bay where the incidents took place;

WHEREAS the Parties have agreed not to bring further dispositive motions (including any motions for summary judgment), but nevertheless require additional time to conduct fact and expert witness discovery;

WHEREAS the Parties agree to the extension of dates set in the Order to allow sufficient time for discovery and trial preparation;

WHEREAS the Parties have not sought any other extensions of the dates set in the Order;

NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and request that the Court order that the pretrial dates set forth in the Order be modified as follows:

| Event | Date, per Order for Pretrial Preparation, Dkt. 49 | [Proposed] Revised Dates |
|---|---|---|
| Fact Discovery Cut-Off | September 30, 2011 | December 2, 2011 |
| Expert Designation | Plaintiff: September 30, 2011<br><br>Defendant: September 30, 2011<br><br>Rebuttal: October 14, 2011 | November 18, 2011<br><br>November 18, 2011<br><br>December 2, 2012 |
| Expert Discovery Cut-Off | December 19, 2011 | February 3, 2012 |

- 2 -

703191587v1

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

| Event | Date, per Order for Pretrial Preparation, Dkt. 49 | [Proposed] Revised Dates |
|---|---|---|
| Motion Cut-Off | November 15, 2011, 1pm | None needed – No further dispositive motions will be filed. |
| Mandatory Settlement Conference | November 21 to December 19, 2011 | November 29, 9:30am (Judge Beeler), see Dkt. 50 |
| Parties to Meet and Confer re Pretrial Preparation | December 10, 2011 | January 31, 2012 |
| Joint Pretrial Statement; Trial Briefs; Witness Lists; Designation of Discovery Excerpts; Proposed Jury Instructions, Voir Dire and Verdict Forms; Exhibits Due | December 13, 2011 | February 7, 2012 |
| Motions in Limine and Objections to Evidence Due | December 20, 2011 | February 14, 2012 |
| Oppositions to Motions in Limine and Objections to Evidence Due | December 27, 2011 | February 21, 2012 |
| Replies to Motions in Limine and Objections to Evidence Due | January 3, 2012 | February 28, 2012 |
| Pretrial Conference | January 10, 2012, 1pm | March 6, 2012, 1pm |
| Trial begins | January 18, 2012, 8:30am | March 14, 2012, 8:30am |

All other terms of the Order will remain the same.

Dated: August 5, 2011

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        THOMAS V. LORAN III
        MARC H. AXELBAUM
        50 Fremont Street
        Post Office Box 7880
        San Francisco, CA 94120-7880

        By    */s/ Marc H. Axelbaum*
               Marc H. Axelbaum

        Attorneys for Plaintiff NICHOLAS BART ELLIS

```
1
                        ANDRADA & ASSOCIATES
2                       J. RANDALL ANDRADA
                        MATTHEW ROMAN
3                       180 Grand Avenue, Suite 225
                        Oakland, CA 94612
4
                        By        /s/ Matthew Roman
5                                    Matthew Roman

6                       Attorneys for Defendants
                        SERGEANT A. NAVARRO;
7                       CORRECTIONAL OFFICER F. JUAREZ
                        CORRECTIONAL OFFICER B. GARDNER; AND
8                       APPEALS COORDINATOR C.E. WILBER

9
```

10 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

11     I, Marc H. Axelbaum, hereby declare pursuant to General Order 45, § X.B, that I

12 have obtained the concurrence in the filing of this document from the signatory listed

13 above.

14     I declare under penalty of perjury that the foregoing declaration is true and correct.

15     Executed on August 5, 2011, at San Francisco, California.

16                                   By        */s/ Marc H. Axelbaum*
                                                      Marc H. Axelbaum

17

18                         Attorney for Plaintiff NICHOLAS BART ELLIS

19

20

21

22

23

24

25

26

27

28

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the parties' stipulation, the Court's pretrial scheduling order is MODIFIED

3  AS FOLLOWS:

| Event | Date, per Order for Pretrial Preparation, Dkt. 49 | [Proposed] Revised Dates |
|---|---|---|
| Fact Discovery Cut-Off | September 30, 2011 | December 2, 2011 |
| Expert Designation | Plaintiff:  September 30, 2011 | November 18, 2011 |
|  | Defendant:  September 30, 2011 | November 18, 2011 |
|  | Rebuttal:  October 14, 2011 | December 2, 2012 |
| Expert Discovery Cut-Off | December 19, 2011 | February 3, 2012 |
| Motion Cut-Off | November 15, 2011, 1pm | None needed – No further dispositive motions will be filed. |
| Mandatory Settlement Conference | November 21 to December 19, 2011 | November 29, 9:30am (Judge Beeler), see Dkt. 50 |
| Parties to Meet and Confer re Pretrial Preparation | December 10, 2011 | January 31, 2012 |
| Joint Pretrial Statement; Trial Briefs; Witness Lists; Designation of Discovery Excerpts; Proposed Jury Instructions, Voir Dire and Verdict Forms; Exhibits Due | December 13, 2011 | February 7, 2012 |
| Motions in Limine and Objections to Evidence Due | December 20, 2011 | February 14, 2012 |
| Oppositions to Motions in Limine and Objections to Evidence Due | December 27, 2011 | February 21, 2012 |
| Replies to Motions in Limine and Objections to Evidence Due | January 3, 2012 | February 28, 2012 |
| Pretrial Conference | January 10, 2012, 1pm | March 6, 2012, 1pm |
| Trial begins (10-day jury trial) | January 18, 2012, 8:30am | ~~March 14, 2012, 8:30am~~ March 12, 2012 at 8:30am |

- 5 -

703191587v1

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

1      All other terms of the pretrial scheduling order will remain the same.

3      **IT IS SO ORDERED.**

4      September <u>15</u>, 2011

_____
The Hon. Saundra Brown Armstrong
United States District Judge