**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                    Oakland Division

11    NICHOLAS BART ELLIS,                        No. C 07-05126 SBA (LB)

12                    Plaintiff,          **ORDER RE SETTLEMENT**
          v.                              **CONFERENCE STATEMENTS**
13
      SERGEANT A. NAVARRO, *et al.*,
14
                      Defendants.
15    _____/

16        A settlement conference is scheduled in the above-captioned matter for November 29, 2011 at

17    9:30 a.m.  ECF No. 50 at 1.  The court **ORDERS** the parties to submit electronic copies of their

18    settlement conference statements to lbpo@cand.uscourts.gov by 4:00 p.m. on Tuesday, November

19    22, 2011.

20        **IT IS SO ORDERED.**

21    Dated: November 21, 2011

22                                              _____
                                                LAUREL BEELER
23                                              United States Magistrate Judge

24

25

26

27

28

C 07-05126 SBA (LB)
ORDER RE SETTLEMENT CONFERENCE STATEMENTS