UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| NICHOLAS BART ELLIS, | No. C 07-05126 SBA (LB) |
| Plaintiff, | **ORDER RE TELEPHONIC APPEARANCE OF PLAINTIFF AT SETTLEMENT CONFERENCE** |
| v. | |
| SERGEANT A. NAVARRO, *et al.*, | |
| Defendants. | |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Laurel Beeler for settlement purposes.

A settlement conference has been scheduled for November 29, 2011 at 9:30 a.m. in Courtroom 4 on the 3rd Floor of the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California.

Plaintiff Nicolas Bart Ellis, inmate no. K-16024, is currently incarcerated at the Pelican Bay State Prison, Crescent City, California. In order for the above-referenced conference to take place, the Court and counsel for Plaintiff must be able to confer with Plaintiff on November 29, 2011, beginning at 9:30 a.m. and continuing for the duration of the settlement conference.

///
///
///
///
///

C 07-05126 SBA (LB)
ORDER RE TELEPHONIC APPEARANCE OF PLAINTIFF
AT SETTLEMENT CONFERENCE

**The Court therefore ORDERS that Nicolas Ellis be made available by telephone for the Settlement Conference beginning at 9:30 a.m. and continuing for the duration of the conference.** The parties shall provide the telephone number to courtroom deputy Lashanda Scott prior to the settlement conference. Ms. Scott can be reached at 510-637-3525. Defendants shall serve a copy of this order on the appropriate prison personnel.

**IT IS SO ORDERED.**

Dated: November 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 07-05126 SBA (LB)
ORDER RE TELEPHONIC APPEARANCE OF PLAINTIFF
AT SETTLEMENT CONFERENCE         2