ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION
J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
SERGEANT A.  NAVARRO;
CORRECTIONAL OFFICER F. JUAREZ; and
CORRECTIONAL OFFICER B. GARDNER

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (SBN 95255)
thomas.loran@pillsburylaw.com
MARC H. AXELBAUM (SBN 209855)
marc.axelbaum@pillsburylaw.com
WESLEY M. SPOWHN (SBN 252939)
wesley.spowhn@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
NICHOLAS BART ELLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BART ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGEANT A.  NAVARRO;<br>CORRECTIONAL OFFICER F. JUAREZ;<br>CORRECTIONAL OFFICER B. GARDNER;<br>APPEALS COORDINATOR C. E. WILBER,<br><br>  Defendants. | Case No.: 4:07-cv-05126-SBA<br><br>**STIPULATED REQUEST FOR REFERENCE TO JUDGE BEELER FOR FUTURE SETTLEMENT CONFERENCES AND DISCOVERY DISPUTES**<br><br>Action Filed:  October 5, 2007<br>Trial Date:      March 14, 2012 |

1 **STIPULATION**

2 Subject to the approval of this Court, the parties, through undersigned counsel, stipulate to the
3 following request for reference to the Hon. Laurel Beeler for future settlement conferences and
4 resolution of discovery disputes:

5 The parties hereby request reference to Judge Beeler for future settlement conferences and
6 resolution of discovery disputes.

7 Pursuant to this Court's order, the parties participated in a settlement conference before Judge
8 Beeler on November 29, 2011. Following the settlement conference, the parties met and conferred
9 regarding outstanding discovery disputes before and with the participation of Judge Beeler. The parties
10 were able to resolve the outstanding discovery disputes at that time, thereby eliminating the need for the
11 hearing on discovery disputes that was to take place before Judge Ryu on November 30, 2011. (By
12 Stipulation and Order dated November 30, the hearing was vacated by Judge Ryu. (Dkt. 65))

13 Thereafter, the parties stipulated to a request for reference to Judge Beeler for future settlement
14 conferences and resolution of discovery disputes, if any should arise in the future. Judge Beeler
15 indicated that she would be amenable to such a reference.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1  Wherefore, the parties jointly submit this stipulated request for reference to Judge Beeler for any
2  future settlement conferences that Judge Beeler deems appropriate, and for the resolution of any
3  discovery disputes that may arise in the future.

4

5  Dated:     December 1, 2011                    ANDRADA & ASSOCIATES

6

7                                                           /s/ Matthew Roman
                                                   By _____
                                                   MATTHEW ROMAN
8                                                  Attorneys for Defendants
                                                   SERGEANT A. NAVARRO;
9                                                  CORRECTIONAL OFFICER F. JUAREZ;
                                                   and CORRECTIONAL OFFICER B.
10                                                 GARDNER

11

12 Dated:     December 1, 2011                    PILLSBURY WINTHROP SHAW PITTMAN LLP

13

14                                                          /s/ Marc H. Axelbaum
                                                   By _____
                                                   MARC H. AXELBAUM
15                                                 Attorneys for Plaintiff
                                                   NICHOLAS BART ELLIS

16

17

18

19

20

21

22

23

24

25

26

27

28

3

{00077524.DOC/}DOC 0802                                                              *Ellis v.Navarro, et al.*
STIPULATED REQUEST FOR REFERENCE TO JUDGE BEELER                                     4:07-cv-05126-SBA (PR)

1 DECLARATION PURSUANT TO GENERAL ORDER 45, sec. X.B

2   I, Matthew Roman, hereby declare pursuant to General Order 45, sec. X.B., that I have obtained
3 the concurrence in the filing of this document from the signatory listed above.

4   I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland,
5 California on December 1, 2011.

    /s/ Matthew Roman

MATTHEW ROMAN
Attorneys for Defendants
SERGEANT A. NAVARRO;
CORRECTIONAL OFFICER F. JUAREZ;
and CORRECTIONAL OFFICER B. GARDNER

## ORDER

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, this case is referred to Judge Beeler for the resolution of any and all future disputes, if any, regarding discovery. The case is also referred to Judge Beeler for any future settlement conferences that Judge Beeler deems appropriate. The reference made previously to Judge Ryu for the resolution of discovery disputes (Dkts. 55-56) is hereby vacated and superseded by this Order.

Dated: 12/20/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

4

{00077524.DOC/}DOC 0802
STIPULATED REQUEST FOR REFERENCE TO JUDGE BEELER

*Ellis v. Navarro, et al.*
4:07-cv-05126-SBA (PR)