**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| NICHOLAS BART ELLIS, | No. C 07-05126 SBA (LB) |
| Plaintiff,<br>v. | **ORDER RE DEFENDANTS' 1/9/2012 DISCOVERY LETTER** |
| SERGEANT A. NAVARRO, *et al.*, | |
| Defendants. | |
| _____/ | |

On January 9, 2012, Defendants lodged a discovery letter with the court requesting that the deposition of an officer be stayed. Defendants' 1/9/2012 Discovery Letter at 1. Because the letter contains confidential and sensitive information, the court **ORDERS** Defendants to file the letter under seal. The court **DENIES** Defendants' request without prejudice for failure to comply with the court's standing order. The court further **ORDERS** the parties to follow the joint-letter discovery process set forth in the court's standing order. The joint discovery letter may be filed under seal.

**IT IS SO ORDERED.**

Dated: January 11, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 07-05126 SBA (LB)
ORDER