1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    THOMAS V. LORAN III (SBN 95255)
2   MARC H. AXELBAUM (SBN 209855)
    WESLEY M. SPOWHN (SBN 252939)
3   50 Fremont Street
    Post Office Box 7880
4   San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
5   Facsimile: (415) 983-1200
    thomas.loran@pillsburylaw.com
6   marc.axelbaum@pillsburylaw.com
    wesley.spowhn@pillsburylaw.com
7
    Attorneys for Plaintiff
8   NICHOLAS BART ELLIS

9                  IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12   _____
                                     )
13   NICHOLAS BART ELLIS,            )   No. C 07-5126 SBA (pr)
                                     )
14                   Plaintiff,      )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER MODIFYING DATES IN**
15        vs.                        )   **ORDER FOR PRETRIAL**
                                     )   **PREPARATION**
16   A. NAVARRO, et al.,             )
                                     )   Courtroom:  1
17                   Defendants.     )   Judge:   Hon. Saundra Brown Armstrong
                                     )
18                                   )
                                     )
19                                   )
     _____)
20

21

22

23

24

25

26

27

28

1      Plaintiff Nicholas Bart Ellis and Defendants A. Navarro, F. Juarez and B. Gardner

2   (collectively, the "Parties")[1] hereby stipulate as follows:

3                                    **STIPULATION**

4      WHEREAS the Parties have met and conferred regarding the schedule set in the

5   Court's Order for Pretrial Preparation (Dkt. 49), as modified by the Stipulation and Order

6   Modifying Dates In Order For Pretrial Preparation ("Pretrial Preparation Order", Dkt. 53)

7   and the Stipulation and Order Regarding Discovery ("Discovery Order," Dkt. 65).

8      WHEREAS the parties have completed the depositions of all fact witnesses  –

9   thirteen (13) depositions in total – except for the deposition of Defendant F. Juarez;

10      WHEREAS Defendant Juarez sustained a significant medical condition in or around

11   late December 2011 and is presently unavailable for deposition;

12      WHEREAS Plaintiff noticed Defendant Juarez's deposition for Tuesday, January

13   10, 2012 at Pelican Bay State Prison ("Pelican Bay");

14      WHEREAS in advance of Defendant Juarez's noticed deposition, his counsel

15   informed Plaintiff that because of Defendant Juarez's medical condition, his deposition

16   could not proceed;

17      WHEREAS on January 11, 2012, Defendant Juarez's counsel informed Plaintiff's

18   counsel that Defendant Juarez expected to return to work at Pelican Bay on or around

19   January 23, 2012 and that his deposition could be scheduled thereafter;

20      WHEREAS on January 20, 2012, Defendant Juarez's counsel informed Plaintiff's

21   counsel that Defendant Juarez's recovery was proceeding slower than anticipated, but that

22   Defendant Juarez expected to return to work at Pelican Bay on or around January 30, 2012;

23      WHEREAS as of February 6, 2012, Defendant Juarez's counsel have been informed

24   that Defendant Juarez's medical condition is expected to improve, but Defendant Juarez has

25   not been able to provide a date certain for his deposition;

26   _____

27   [1] On June 18, 2010, the Parties entered into a Stipulation and [Proposed] Order voluntarily
     dismissing Defendant C.E. Wilber pursuant to Federal Rule of Civil Procedure
28   41(a)(1)(A).  Dkt. 34.

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

703504254v1

1        WHEREAS both Plaintiff's counsel and Defendants' counsel will need to travel to

2   Pelican Bay to conduct the deposition of Defendant Juarez;

3        WHEREAS the Parties' expert witnesses require additional time to incorporate

4   information from the deposition of Defendant Juarez for inclusion in their written reports;

5        WHEREAS the Parties intend to conduct depositions of each other's designated

6   expert witnesses following the disclosure of expert witness reports;

7        WHEREAS the Parties require additional time to conduct the fact and expert

8   witness discovery described above;

9        WHEREAS based on prior communications with the Court and the Court's

10   Scheduling Notes published on the Court's website, counsel understand that the Court will

11   not be available to set trial in this matter for any date in the month of April 2012;

12        WHEREAS lead trial counsel for Defendants, Randy Andrada, is scheduled to be in

13   trial in San Mateo County Superior Court from April 30, 2012 through May 4, 2012;

14        WHEREAS lead trial counsel for Defendants, Randy Andrada, will be unavailable

15   for trial from May 17, 2012 through May 22, 2012 on account of the fact that he will be in

16   Pennsylvania for his daughter's graduation from Villanova University;

17        WHEREAS lead trial counsel for Defendants, Randy Andrada, is scheduled to be in

18   trial in San Joaquin County Superior Court from June 11, 2012 through June 22, 2012;

19        WHEREAS lead trial counsel for Plaintiff, Marc H. Axelbaum, will be unavailable

20   for trial in July 2012;

21        WHEREAS lead trial counsel for Defendants, Randy Andrada, is scheduled to be in

22   trial in Alameda County Superior Court from August 6, 2012 through August 10, 2012;

23        WHEREAS one of Plaintiff's designated expert witnesses is unavailable for trial

24   from August 11 through August 17, 2012 and Plaintiff's other designated expert witness is

25   unavailable (traveling out of the country) for the month of August 2012;

26        WHEREAS at least one witness employed at Pelican Bay is unavailable for trial in

27   the month of August 2012;

28

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

1    WHEREAS lead trial counsel for Defendants, Randy Andrada, is scheduled to be in

2    trial in Alameda County Superior Court from August 31 through September 28, 2012;

3    WHEREAS the Parties agree to the extension of dates set in the Pretrial Preparation

4    Order and Discovery Order to allow sufficient time for discovery and trial preparation;

5    WHEREAS the Parties agree that this Stipulation and Proposed Order supersedes

6    the joint Stipulation and Proposed Order Modifying Dates In Order For Pretrial Preparation

7    (Dkt. 78) filed by the Parties on January 24, 2012;

8    NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and

9    request that the Court order that the pretrial dates set forth in the Pretrial Preparation Order

10   and Discovery Order be modified as follows:

| Event | Operative Date, per Pretrial Preparation Order (Dkt. 53) and Discovery Order (Dkt. 65) | [Proposed] Revised Date |
|---|---|---|
| Expert Discovery Cut-Off | January 25, 2012 | June 29, 2012 |
| Parties to Meet and Confer re Pretrial Preparation | January 31, 2012 | July 31, 2012 |
| Joint Pretrial Statement; Trial Briefs; Witness Lists; Designation of Discovery Excerpts; Proposed Jury Instructions, Voir Dire and Verdict Forms; Exhibits Due | February 7, 2012 | August 7, 2012 |
| Motions in Limine and Objections to Evidence Due | February 14, 2012 | August 21, 2012 |
| Oppositions to Motions in Limine and Objections to Evidence Due | February 21, 2012 | September 4, 2012 |
| Replies to Motions in Limine and Objections to Evidence Due | February 28, 2012 | September 18, 2012 |
| Pretrial Conference | March 6, 2012, 1pm | September 25, 2012, 1:00pm |
| Trial begins | March 12, 2012, 8:30am | October 1, 2012, 8:30am |

703504254v1

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

1    All other terms of the Pretrial Preparation Order and Discovery Order will remain

2  the same.

3    Dated: February 6, 2012

4                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     THOMAS V. LORAN III
5                                    MARC H. AXELBAUM
                                     WESLEY M. SPOWHN
6                                    50 Fremont Street
                                     Post Office Box 7880
7                                    San Francisco, CA 94120-7880

8                                    By _____ */s/ Wesley M. Spowhn*_____
                                                           Wesley M. Spowhn
9
                                     Attorneys for Plaintiff NICHOLAS BART ELLIS
10
                                     ANDRADA & ASSOCIATES
11                                   J. RANDALL ANDRADA
                                     MATTHEW ROMAN
12                                   180 Grand Avenue, Suite 225
                                     Oakland, CA 94612
13
                                     By _____ */s/ Matthew Roman*_____
14                                                        Matthew Roman

15                                   Attorneys for Defendants
                                     SERGEANT A. NAVARRO;
16                                   CORRECTIONAL OFFICER F. JUAREZ
                                     CORRECTIONAL OFFICER B. GARDNER; AND
17                                   APPEALS COORDINATOR C.E. WILBER

18

19

20

21

22

23

24

25

26

27

28

703504254v1

1    **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2        I, Wesley M. Spowhn, hereby declare pursuant to General Order 45, § X.B, that I

3    have obtained the concurrence in the filing of this document from the signatory listed

4    above.

5        I declare under penalty of perjury that the foregoing declaration is true and correct.

6        Executed on February 6, 2012, at San Francisco, California.

7                        By _____ */s/ Wesley M. Spowhn* _____
                                        Wesley M. Spowhn
8
                        Attorney for Plaintiff NICHOLAS BART ELLIS
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

703504254v1

Stip. and Prop. Order Modifying
Order for Pretrial Preparation
Case No. C 07-5126 SBA (PR)

1

**ORDER**

2

| Event | Operative Date, per Pretrial Preparation Order (Dkt. 53) and Discovery Order (Dkt. 65) | Revised Date |
|---|---|---|
| Expert Discovery Cut-Off | January 25, 2012 | June 29, 2012 |
| Parties to Meet and Confer re Pretrial Preparation | January 31, 2012 | June 29, 2012 |
| Joint Pretrial Statement; Trial Briefs; Witness Lists; Designation of Discovery Excerpts; Proposed Jury Instructions, Voir Dire and Verdict Forms; Exhibits Due | February 7, 2012 | July 3, 2012 |
| Motions in Limine and Objections to Evidence Due | February 14, 2012 | July 10, 2012 |
| Oppositions to Motions in Limine and Objections to Evidence Due | February 21, 2012 | July 17, 2012 |
| Replies to Motions in Limine and Objections to Evidence Due | February 28, 2012 | July 24, 2012 |
| Pretrial Conference | March 6, 2012, 1pm | July 31, 2012, 1:00pm |
| Trial begins | March 12, 2012, 8:30am | September 10, 2012, 8:30am |
| Final Settlement Conference | | August 2012 |

**IT IS SO ORDERED.**

2/22/2012

_____
The Hon. Saundra Brown Armstrong
United States District Judge

703504254v1