| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | THOMAS V. LORAN III (SBN 95255) |
| 2 | MARC H. AXELBAUM (SBN 209855) |
|   | WESLEY M. SPOWHN (SBN 252939) |
| 3 | 50 Fremont Street |
|   | Post Office Box 7880 |
| 4 | San Francisco, CA  94120-7880 |
|   | Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200 |
|   | thomas.loran@pillsburylaw.com |
| 6 | marc.axelbaum@pillsburylaw.com |
|   | wesley.spowhn@pillsburylaw.com |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | NICHOLAS BART ELLIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS BART ELLIS, | Case No. C 07-05126 SBA (PR) |
| Plaintiff, | **STIPULATION AND WRIT OF HABEAS CORPUS AD TESTIFCANDUM AND ORDER TO TRANSPORT INMATE NICHOLAS BART ELLIS (K-16024)** |
| vs. | |
| A. NAVARRO, et al., | |
| Defendants. | Dept.:   Courtroom 1, 4th Floor |
| | Oakland, CA 94612 |
| | Judge:   Hon. Saundra Brown Armstrong |
| | Complaint Filed:  October 5, 2007 |
| | Trial Date: September 10, 2012 |

**STIPULATION**

Whereas the Plaintiff in this action, Nicholas Bart Ellis, CDCR No. K-16024, is confined at Pelican Bay State Prison in the custody of the Warden;

Whereas, in its July 26, 2012 Order, the Court set the pretrial conference in this action for Thursday, August 23, 2012, at 10:30 a.m., at Courtroom 1, 1301 Clay Street, 4th Floor, Oakland, California 94612 before Hon. Saundra B. Armstrong;

Whereas, in its July 26, 2012 Order, the Court ordered that "[t]he parties shall file forthwith a proposed writ of habeas corpus ad testificandum to secure Plaintiff's presence in Court" for the pretrial conference;

Whereas, in order to secure Plaintiff's attendance at the pretrial conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Nicholas Bart Ellis to produce said inmate to the pretrial conference;

Whereas, pursuant to General Order No. 45, § X.B, Matthew Roman, counsel for Defendants, has given Wesley M. Spowhn, counsel for Plaintiff, permission to electronically sign this stipulation and proposed writ and order on his behalf;

Therefore, pursuant to Local Rule 7-12, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum and Order to Transport Inmate Nicholas Bart Ellis.

Dated: July 25, 2012

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        THOMAS V. LORAN III
        MARC H. AXELBAUM
        WESLEY M. SPOWHN
        50 Fremont Street
        Post Office Box 7880
        San Francisco, CA 94120-7880

        By: */s/ Wesley M. Spowhn*
            Wesley M. Spowhn

        Attorneys for Plaintiff NICHOLAS BART ELLIS

1  Dated: July 25, 2012

2                                   ANDRADA & ASSOCIATES
                                       J. RANDALL ANDRADA

3                                   MATTHEW ROMAN
                                  180 Grand Avenue, Suite 225

4                                   Oakland, CA 94612

5                                   By: */s/ Matthew Roman*
                                             Matthew Roman

6

                                  Attorneys for Defendants

7                                   SERGEANT A. NAVARRO;
                                  CORRECTIONAL OFFICER F. JUAREZ; AND

8                                   CORRECTIONAL OFFICER B. GARDNER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **ACCORDINGLY, IT IS ORDERED that:** |
| 3 | A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, |
| 4 | commanding the Warden of Pelican Bay State Prison to produce Nicholas Bart Ellis, CDCR |
| 5 | No. K-16024 to Courtroom 1, 1301 Clay Street, 4th Floor, Oakland, California 94612, on |
| 6 | August 23, 2012, at 10:30 a.m., and from day to day until completion of the pretrial |
| 7 | conference or as ordered by the Court. |
| 8 | **WRIT OF HABEAS CORPUS AD TESTIFCANDUM** |
| 9 | TO THE WARDEN OF PELICAN BAY STATE PRISON: |
| 10 | YOU ARE ORDERED to produce Nicholas Bart Ellis, CDCR No. K-16024, to |
| 11 | Courtroom 1, 1301 Clay Street, 4th Floor, Oakland, California 94612, on August 23, 2012, |
| 12 | at 10:30 a.m., and from day to day until completion of the pretrial conference or as ordered |
| 13 | by the Court |
| 14 | IT IS SO ORDERED. |
| 16 | DATED:  8/1/12. |

_____
HON. SAUNDRA B. ARMSTRONG
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA