UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS BART ELLIS, | Case No:  C 07-5126 SBA (PR) |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| vs. | Dkt. 104, 105, 125 |
| SERGEANT A. NAVARRO; CORRECTIONAL OFFICER F. JUAREZ; CORRECTIONAL OFFICER B. GARDNER; APPEALS COORDINATOR C.E. WILBER, | |
| Defendants. | |

      IT IS HEREBY ORDERED THAT the pretrial conference scheduled for August 16, 2012, is CONTINUED to Friday, **August 17, 2012 at 11:00 a.m.**  Plaintiff shall be present at the hearing.

      IT IS SO ORDERED.

Dated:  August 14, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge