UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NICHOLAS BART ELLIS, | No. C 07-05126 SBA (LB) |
| Plaintiff, | ORDER |
| v. | |
| SERGEANT A. NAVARRO;<br>CORRECTIONAL OFFICER F. JUAREZ;<br>CORRECTIONAL OFFICER B. GARDNER;<br>APPEALS COORDINATOR C.E. WILBER, | |
| Defendants. | |
| _____/ | |

A Settlement Conference is now set for 8/22/2012 at 9:30 a.m. in Courtroom C, 15th Floor, 450 Golden Gate Ave, San Francisco, CA. Counsel are to meet and confer today, Friday August 17, 2012, and submit a form of any writ needed to secure the Plaintiff's appearance (including whether it should be directed to CDC or the Marshal) by 4 p.m. (This assumes that the parties agree that such an appearance is appropriate. The court assumes so, given that Plaintiff is likely here already for trial.). A courtesy copy is to be sent to the court's orders box lbpo@cand.uscourts.gov at the same time. Updated settlement conference statements with only new information shall be submitted to the court's orders box by Monday, August 20, 2012 at noon. The parties must have their latest demand and response in their papers and if they have not done so, must exchange them in accordance with the court's prior settlement order at ECF No. 50.

\\\

C 07-05126 SBA (LB)
ORDER

**IT IS SO ORDERED.**

Dated: August 17, 2012

_____

LAUREL BEELER

United States Magistrate Judge