UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS BART ELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEANT A. NAVARRO;<br>CORRECTIONAL OFFICER F. JUAREZ;<br>CORRECTIONAL OFFICER B. GARDNER;<br>APPEALS COORDINATOR C.E. WILBER,<br><br>    Defendants. | Case No: C 07-5126 SBA (PR)<br><br>**ORDER REFERRING MATTER FOR MANDATORY SETTLEMENT CONFERENCE** |

    IT IS HEREBY ORDERED THAT this matter is referred to Magistrate Judge Laurel Beeler for a mandatory settlement conference to take place on **August 22, 2012 at 9:30 a.m.**, at the United States Courthouse, 450 Golden Gate Ave., 15th Floor, Courtroom C, San Francisco, California. Plaintiff shall be present at the settlement conference.

    IT IS SO ORDERED.

Dated: August 17, 2012

                                                    *Saundra B. Armstrong*
                                                   SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge