1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS V. LORAN III (SBN 95255)
2  MARC H. AXELBAUM (SBN 209855)
   WESLEY M. SPOWHN (SBN 252939)
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200
   thomas.loran@pillsburylaw.com
6  marc.axelbaum@pillsburylaw.com
   wesley.spowhn@pillsburylaw.com
7
   Attorneys for Plaintiff
8  NICHOLAS BART ELLIS

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  NICHOLAS BART ELLIS,                )   No. C 07-5126 SBA (pr)
                                        )
14                     Plaintiff,       )   **STIPULATION AND  ORDER TO**
                                        )   **ENLARGE CONDITIONAL**
15       vs.                            )   **DISMISSAL PERIOD**
                                        )
16  A. NAVARRO, et al.,                 )   Courtroom:  1
                                        )   Judge:   Hon. Saundra Brown Armstrong
17                     Defendants.      )
                                        )
18                                      )
19                                      )
                                        )
20

21

22

23

24

25

26

27

28

703893336v1

Stip. and Prop. Order To
Enlarge Conditional Dismissal Period
Case No. C 07-5126 SBA (PR)

1    Plaintiff Nicholas Bart Ellis and Defendants A. Navarro, F. Juarez and B. Gardner

2  (collectively, the "Parties")[1] hereby stipulate as follows:

3                                **STIPULATION**

4    WHEREAS the parties conducted a settlement conference on August 22, 2012

5  before Hon. Laurel Beeler and agreed to settle the above-captioned action;

6    WHEREAS the parties' agreement to settle the action was conditioned upon, *inter*

7  *alia*, (1) the execution of a written release and settlement agreement, (2) the payment of a

8  settlement sum to Plaintiff, and (3) Plaintiff's dismissal of the action with prejudice after

9  his receipt of the settlement sum;

10   WHEREAS the parties have negotiated a written release and settlement agreement

11 and expect Plaintiff to be paid the settlement sum within six months of the execution of the

12 written release and settlement agreement, but no later than April 1, 2013;

13   WHEREAS the Court issued an Order of Conditional Dismissal on August 23,

14 2012, ordering that the action is dismissed with prejudice, provided that the parties may

15 move to reopen the case and the trial will be rescheduled if a motion is filed within 30 days

16 of the Order;

17   WHEREAS the parties agree that the action should be conditionally dismissed

18 pending Plaintiff's receipt of the settlement sum, pursuant to the written release and

19 settlement agreement, which is expected to occur in approximately six months, but no later

20 than April 1, 2013;

21   WHEREAS Plaintiff agrees to dismiss the action with prejudice within ten days of

22 his receipt of the settlement sum, expected to occur no later than April 1, 2013;

23   NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and

24 request that the Court order that the Conditional Dismissal Period be enlarged so that

25

26

27 [1] On June 18, 2010, the Parties entered into a Stipulation and [Proposed] Order voluntarily dismissing Defendant C.E. Wilber pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. 34.

28

- 1 -

703893336v1

Stip. and Prop. Order To
Enlarge Conditional Dismissal Period
Case No. C 07-5126 SBA (PR)

1  Plaintiff may dismiss the action with prejudice within ten days of his receipt of the
2  settlement sum, which is expected to occur no later than April 1, 2013.
3
4         Dated: September 19, 2012

5                                   PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    THOMAS V. LORAN III
6                                   MARC H. AXELBAUM
                                    WESLEY M. SPOWHN
7                                   50 Fremont Street
                                    Post Office Box 7880
8                                   San Francisco, CA 94120-7880

9                                   By _____/s/ Wesley M. Spowhn_____
                                              Wesley M. Spowhn
10
                                    Attorneys for Plaintiff NICHOLAS BART ELLIS
11
                                    ANDRADA & ASSOCIATES
12                                  J. RANDALL ANDRADA
                                    MATTHEW ROMAN
13                                  180 Grand Avenue, Suite 225
                                    Oakland, CA 94612
14
                                    By _____/s/ Matthew Roman_____
15                                            Matthew Roman

16                                  Attorneys for Defendants
                                    SERGEANT A. NAVARRO;
17                                  CORRECTIONAL OFFICER F. JUAREZ
                                    CORRECTIONAL OFFICER B. GARDNER; AND
18                                  APPEALS COORDINATOR C.E. WILBER

19
20
21
22
23
24
25
26
27
28

703893336v1            - 2 -                 Stip. and Prop. Order To
                                             Enlarge Conditional Dismissal Period
                                             Case No. C 07-5126 SBA (PR)

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, Wesley M. Spowhn, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from the signatory listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on September 19, 2012, at San Francisco, California.

By _____*/s/ Wesley M. Spowhn*_____
Wesley M. Spowhn

Attorney for Plaintiff NICHOLAS BART ELLIS

- 3 -

703893336v1

Stip. and Prop. Order To
Enlarge Conditional Dismissal Period
Case No. C 07-5126 SBA (PR)

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED.** |
| 3 | _9/19/12 |

_____
The Hon. Saundra Brown Armstrong
United States District Judge

- 4 -

703893336v1

Stip. and Prop. Order To
Enlarge Conditional Dismissal Period
Case No. C 07-5126 SBA (PR)