PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS V. LORAN III (SBN 95255)
MARC H. AXELBAUM (SBN 209855)
WESLEY M. SPOWHN (SBN 252939)
Four Embarcadero Center, 22nd Floor
Post Office Box 2824
San Francisco, CA  94126
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
thomas.loran@pillsburylaw.com
marc.axelbaum@pillsburylaw.com
wesley.spowhn@pillsburylaw.com

Attorneys for Plaintiff
NICHOLAS BART ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS BART ELLIS,<br><br>            Plaintiff,<br><br>   vs.<br><br>A. NAVARRO, et al.,<br><br>            Defendants. | No. C 07-5126 SBA (pr)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>Courtroom:  1<br>Judge:   Hon. Saundra Brown Armstrong |

1    IT IS HEREBY STIPULATED by and among the parties to this action through their

2 designated counsel that the above-captioned action be and hereby is dismissed with

3 prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to

4 bear its own attorneys' fees and costs of suit.

5    IT IS SO STIPULATED.

6

7 Dated: February 1, 2013

8                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                     THOMAS V. LORAN III
9                                    MARC H. AXELBAUM
                                     WESLEY M. SPOWHN
10                                   Four Embarcadero Center, 22nd Floor
                                     Post Office Box 2824
11                                   San Francisco, CA  94126

12                                   By         /s/ Wesley M. Spowhn
                                                Wesley M. Spowhn
13
                                     Attorneys for Plaintiff NICHOLAS BART ELLIS
14
                                     ANDRADA & ASSOCIATES
15                                   J. RANDALL ANDRADA
                                     MATTHEW ROMAN
16                                   180 Grand Avenue, Suite 225
                                     Oakland, CA 94612
17
                                     By         /s/ Matthew Roman
18                                              Matthew Roman

19                                   Attorneys for Defendants
                                     SERGEANT A. NAVARRO;
20                                   CORRECTIONAL OFFICER F. JUAREZ
                                     CORRECTIONAL OFFICER B. GARDNER; AND
21                                   APPEALS COORDINATOR C.E. WILBER

22

23

24

25

26

27

28

- 2 -

1 **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

2     I, Wesley M. Spowhn, hereby declare pursuant to General Order 45, § X.B, that I

3 have obtained the concurrence in the filing of this document from the signatory listed

4 above.

5     I declare under penalty of perjury that the foregoing declaration is true and correct.

6     Executed on February 1, 2013, at San Francisco, California.

7                        By    */s/ Wesley M. Spowhn*
                                  Wesley M. Spowhn

8                        Attorney for Plaintiff NICHOLAS BART ELLIS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
Case No. C 07-5126 SBA (PR)

1 **ORDER**

2 **IT IS SO ORDERED.**

3 _2/1/13

_____
The Hon. Saundra Brown Armstrong
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28